AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Somers, Dale L. | U.S. Bankruptcy Court - Kansas | 12/16/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

225 U.S. Courthouse
444 SE Quincy
Topeka, KS 66683

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Washburn University (Administration) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BJD Somers Family LLC | F | Distribution | M | U | | | | | See Note in Part VIII |
| 2. C.M. Life Insurance Company | B | Interest | K | T | | | | | |
| 3. C.M. Life Insurance Company | A | Interest | J | T | | | | | |
| 4. C.M. Life Insurance Company | A | Interest | J | T | | | | | |
| 5. Fidelity Management Trust Company - IRA Account | F | Int./Div. | P1 | T | | | | | See Note in Part VIII |
| 6. -Harbor Bond Fund | | | | | Sold | 05/22/13 | J | A | |
| 7. -Claymore Securities Defined Portfolios | | | | | | | | | |
| 8. -Vanguard GNMA Fund | | | | | | | | | |
| 9. -Fidelity Cash Reserves | | | | | | | | | |
| 10. -Fidelity Contrafund | | | | | Sold | 07/23/13 | K | D | |
| 11. -Templeton Global Bond Fund | | | | | | | | | |
| 12. -Fidelity Focused High Inc | | | | | Sold (part) | 01/15/13 | J | B | |
| 13. -Fidelity Focused High Inc | | | | | Sold | 04/01/13 | M | E | |
| 14. -Lazard Emerging Mkt | | | | | Sold | 04/04/13 | K | C | |
| 15. -Royce Premier Fund | | | | | Sold (part) | 01/15/13 | K | B | |
| 16. -Royce Premier Fund | | | | | Sold | 04/15/13 | K | B | |
| 17. -SPDR Gold Tr Gold | | | | | Sold | 04/15/13 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Fidelity GNMA Bond | | | | | | | | | |
| 19.   -Harbor Bond Adm | | | | | | | | | |
| 20.   -Eaton Vance Altanta Cap Smid | | | | | Sold (part) | 11/21/13 | K | D | |
| 21.   -Wells Fargo Advantage Growth | | | | | Sold (part) | 04/09/13 | K | D | |
| 22.   -Ishares S&P Midcap 400 Growth | | | | | Sold (part) | 11/21/13 | K | D | |
| 23.   -Ishares Core S&P Midcap ETF | | | | | Buy | 05/24/13 | K | | |
| 24.   -Ishares Core S&P Midcap ETF | | | | | Buy (add'l) | 06/07/13 | K | | |
| 25.   -FMI Large Cap Fund | | | | | | | | | |
| 26.   -TCW Core Fixed Income | | | | | Sold (part) | 10/31/13 | J | A | |
| 27.   -TCW Core Fixed Income | | | | | Buy (add'l) | 11/01/13 | J | | |
| 28.   -Doubleline Total Rt Bond Fd | | | | | | | | | |
| 29.   -Bbh Core Select Retail Class | | | | | | | | | |
| 30.   -Metropolitan West Total Return | | | | | Buy (add'l) | 01/15/13 | K | | |
| 31.   -PIMCO Fundamental Index | | | | | Sold (part) | 06/26/13 | J | B | |
| 32.   -Fidelity New Markets Inc | | | | | | | | | |
| 33.   -Fidelity High Income | | | | | Buy | 04/01/13 | L | | |
| 34.   -Eaton Vance Floating Rate | | | | | Buy | 04/02/13 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Oakmark Intl Fund | | | | | Buy | 04/09/13 | K | | |
| 36. -Wasatch Intl Growth | | | | | Buy | 06/03/13 | K | | |
| 37. -American Century Value | | | | | Buy | 07/23/13 | K | | |
| 38. -Aberdeen Emerging Mrkts | | | | | Buy | 11/21/13 | K | | |
| 39. Fidelity Management Trust Company - IRA Account | B | Dividend | L | T | | | | | See Note in part VIII |
| 40. -Fidelity Cash Reserves | | | | | | | | | |
| 41. -Harbor Bond | | | | | | | | | |
| 42. -Metropolitan West Total Return | | | | | Buy | 01/15/13 | K | | |
| 43. Fidelity Management Trust Company - Non IRA Acct | | | | | | | | | See Note in part VIII |
| 44. -Johnson County Kansas Un Sch Dist No 233 4.0% 9/1/16 | A | Interest | K | T | | | | | |
| 45. -Overland Park KS Go Intl Impt Bd 9/1/20 4% | A | Interest | K | T | | | | | |
| 46. -Fidelity Tax Exempt Money Market | A | Dividend | J | T | | | | | |
| 47. -Fidelity Advisor New Insights | | None | | | Sold | 07/23/13 | L | E | |
| 48. -Royce Premier Fund | | None | | | Sold | 04/15/13 | K | C | |
| 49. -SPDR Gold Tr Gold | | None | | | Sold | 04/15/13 | K | D | |
| 50. -Lenexa Kans Go Ref Bds Ser. 20 9/1/18 3.25% | A | Interest | K | T | | | | | |
| 51. -Templeton Global Bond | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Wasatch International Growth | | None | L | T | | | | | |
| 53. -Eaton Vance Floating Rate | B | Dividend | L | T | Buy | 05/22/13 | L | | |
| 54. -American Century Value | A | Dividend | J | T | Buy | 07/23/13 | J | | |
| 55. -Ishares Russell 1000 Value | A | Dividend | L | T | Buy | 07/23/13 | L | | |
| 56. Fidelity Management Trust Company - Non IRA Acct | | | | | | | | | See Note in part VIII |
| 57. -Fidelity Tax Exempt Money Market | A | Dividend | J | T | | | | | |
| 58. -Eaton Vance Atlanta Cap Smid | | None | J | T | | | | | |
| 59. -Wells Fargo Advantage Growth | | None | | | Sold | 04/09/13 | J | A | |
| 60. -Ishares S&P Midcap 400 Growth | A | Dividend | J | T | | | | | |
| 61. -Doubline Total Return Bond Fund | A | Dividend | J | T | | | | | |
| 62. ING - State of KS Def Comp Plan | B | Int./Div. | K | T | | | | | See Note in part VIII |
| 63. -Vanguard T. Retirement 2025 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 12/16/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII -

A. Item #1 BJD Somers Family LLC - I am a member. I am not an officer or board member and I have no managerial responsibilities.

B. Items listed in #6 through #38 are all assets of Fidelity Management Trust Company IRA account identified in #5 above.

C. Items listed in #40 through #42 are all assets of Fidelity Management Trust Company IRA account identified in #39 above.

D. Items listed in #44 through #55 are all assets of Fidelity Management Trust Company non-IRA account identified in #43 above.

E. Items listed in #57 through #61 are all assets of Fidelity Management Trust Company non-IRA account identified in #56 above.

F. Item #63 is the asset of ING-State of Kansas Deferred Compensation Plan identified in #62 above.

G. Item #6 on the 2012 report (U.S. Treasury Inflation Protection Notes) indicated a partial sale, it should have been indiciated as a sale, the transaction codes would not have changed on the prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dale L. Somers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544